No. 77–5770.  GOLSTON v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 77–5773.  MANN, TRUSTEE IN BANKRUPTCY v. CHRYS-LER CORP.  C. A. 8th Cir.  Certiorari denied.

No. 77–5779.  JONES v. ISRAEL, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 77–5793.  TALTON v. ROBINSON, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 77–5794.  FIVECOAT v. WAINWRIGHT, SECRETARY, DE-PARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 77–5802.  TINDER v. MASSACHUSETTS.  Municipal Ct., West Roxbury Dist.  Certiorari denied.

No. 77–5829.  SALAZAR v. COLORADO.  Ct. App. Colo.  Cer-tiorari denied.

No. 77–5833.  VILENSKY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 77–5851.  BEVERLY v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 77–5853.  SANCHEZ-HUERTA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No 77–5860.  SACCO v. UNITED STATES.  C. A. 2d Cir.  Cer-tiorari denied.

No. 77–5899.  SEDULE v. CAPITAL SCHOOL DISTRICT ET AL. C. A. 3d Cir.  Certiorari denied.

No. 77–5896.  CRANE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.